# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

SYDNEY LEUNG

v.

APPLE COMPUTER, INC., AT&T, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 4143**

**SBA**

TO: (Name and address of defendant)

APPLE COMPUTER, INC.,
1 Infinite Loop, Cupertino, CA 95014

AT&T, INC.,
32 Avenue of the Americans
New York, NY 10013-2412

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. TIM HOFFMAN
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
(510) 763-5700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August ~~10~~ 13, 2007

(BY) DEPUTY CLERK

ANNA SPRINKLES

ORIGINAL

AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________

*Date* *Signature of Server*

______________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| H. TIM HOFFMAN, 049141<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: SYDNEY LEUNG<br>DEFENDANT/RESPONDENT: APPLE COMPUTER, INC. | CASE NUMBER:<br>C 07-4143 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LEUNG |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Civil Case Cover Sheet, Class Action Complaint for Damages, Injunctive Relief & Restitution, ECF Registrati Information Handout, Notice of Availability of Magistrate Judge, Notice of Lawsuit & request for Waiver of Service of Summons, Order Setting Initial CMC and ADR Deadlines, Summons in a Civil Case, Waiver of Service of Summons
3. a. Party served: APPLE COMPUTER, INC.

   b. Person Served: CT Corp-Margaret Wilson - Person authorized to accept service of process
4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* August 13, 2007 (2) at *(time):* 3:30 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   APPLE COMPUTER, INC.

   under: CCP 416.10 (corporation)

BY FAX

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 16, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS) (SIGNATURE)