| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| H. TIM HOFFMAN, 049141<br>HOFFMAN & LAZEAR<br>180 Grand Ave.<br>Oakland, CA 94612<br>ATTORNEY FOR (Name) Plaintiff | (510) 763-5700<br>Ref No. or File No.<br>LEUNG | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | | |
| PLAINTIFF<br>SYDNEY LEUNG | | |
| DEFENDANT<br>APPLE COMPUTER, INC. | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | November 28, 2007 | 4:00 pm | 3 | C 07-4143 |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: First Amended Class Action Complaint for Damages, Injunctive Relief and Restitution

2. Party Served: APPLE COMPUTER, INC.

3. Person Served: CT Corp-Margaret Wilson - Person authorized to accept service of process

4. Date & Time of Delivery: August 20, 2007 3:20 pm

5. Address, City and State: 818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 14.95

Registered California process server.
County: LOS ANGELES
Registration No.:4553
Expiration: October 17, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 23, 2007 at Los Angeles, California.

Signature: ______________________
Jimmy Lizama

FF# 6646686