H. TIM HOFFMAN (049141)
ARTHUR W. LAZEAR (083603)
MORGAN M. MACK (212659)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612

MAX FOLKENFLIK, ESQ.
MARGARET McGERITY, ESQ.
**FOLKENFLIK & MCGERITY**
1500 Broadway, 21st Floor
New York, NY 10036
Telephone: (212) 757-0400
Facsimile: (212) 757-2010

Attorneys for Plaintiff
Sydney Leung

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY LEUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC., AT&T CORP., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 07 4143 SBA<br><br>NOTICE OF DISMISSAL BY PLAINTIFF |

The above entitled action is hereby dismissed with prejudice by the plaintiff pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 28, 2007 HOFFMAN & LAZEAR

By: ______________________________
H. TIM HOFFMAN
Attorney for Plaintiff



Dockets.Justia.com