# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

SYDNEY LEUNG

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 4143 SBA

V.

APPLE COMPUTER, INC., AT&T CORP., and
DOES 1 through 50, inclusive

TO: (Name and address of defendant)

AT&T CORP.
ONE AT&T WAY
BEDMINSTER, NJ 07921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. TIM HOFFMAN
HOFFMAN & LAZEAR
180 GRAND AVENUE, SUITE 1550
OAKLAND, CA 94612

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 17, 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________
*Date*

______________________
*Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

H. TIM HOFFMAN, Bar No: 049141 (510) 763-5700
HOFFMAN & LAZEAR
180 Grand Ave.
Oakland CA 94612

Representing: Plaintiff File No.LEUNG

United States District Court

Northern District of California

BY FAX

SYDNEY LEUNG

Plaintiff/Petitioner

vs

APPLE COMPUTER, INC.

Defendant/Respondent

Case No: C 07-4143 SBA

Proof of Service of:

Summons In A Civil Case; First Amended Class Action Complaint; Civil Case Cover Sheet; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waive of Serviceof Summons; Waiver of Service of Summons; Order Setting Initial Case Management

Service on:

AT&T CORP.

Hearing Date:November 28, 2007

Hearing Time:4:00 pm

Div/Dept:3

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| H. TIM HOFFMAN, 049141<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: SYDNEY LEUNG<br>DEFENDANT/RESPONDENT: APPLE COMPUTER, INC. | CASE NUMBER<br>C 07-4143 SBA |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.<br>LEUNG |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons In A Civil Case; First Amended Class Action Complaint; Civil Case Cover Sheet; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Lawsuit and Request for Waive of Service Summons; Waiver of Service of Summons; Order Setting Initial Case Management Conference and ADR Package; ADR Package
3. a. Party served: AT&T CORP.

BY FAX

   b. Person Served: Margaret Wilson - Person authorized to accept service of process
4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* August 20, 2007 (2) at *(time):* 3:20 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   AT&T CORP.

   under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 24, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)