POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: SYDNEY LEUNG<br>DEFENDANT/RESPONDENT: APPLE COMPUTER, INC. ET AL. | CASE NUMBER:<br>C 07-4143 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LEUNG |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Plaintiffs Notice of Dismissal
3. a. Party served: APPLE COMPUTER, INC.

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process
4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* August 30, 2007 (2) at *(time):* 3:20 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   APPLE COMPUTER, INC.

   under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
   (3) registered California process server.
   (i) Employee or independent contractor.
   (ii) Registration No.: 4553
   (iii) County LOS ANGELES
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

BY FAX

Date: August 31, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS) (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6647292

Dockets.Justia.com

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR *(Name)*: Plaintiff | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |
| PLAINTIFF/PETITIONER: SYDNEY LEUNG<br>DEFENDANT/RESPONDENT: APPLE COMPUTER, INC. ET AL. | CASE NUMBER:<br>C 07-4143 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>LEUNG |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Plaintiffs Notice of Dismissal

3. a. Party served: AT&T CORP.

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* August 30, 2007 (2) at *(time):* 3:20 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   AT&T CORP.

   under: CCP 416.10 (corporation)

7. **Person who served papers**

BY FAX

   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: August 31, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)